

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EX PARTE: JOSE HARPER | § | No. 08-22-00169-CR |
| | § | Appeal from the |
| | § | 384th Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC#20180D06489, 20180D06473 and 20180D06475) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order that Appellant pay all costs of this appeal and this decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF NOVEMBER, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.